# CURRICULUM VITAE

## LINDSEY CAROL THOMAS, M.D.

1175 Nininger Road
Hastings, MN  55033
651-480-4250
(fax) 651-480-4257

**EMPLOYMENT:**

| | |
|---|---|
| Medical Examiner, Minnesota Regional Medical Examiner's Office  Covering the counties of Carver, Chisago, Dakota, Fillmore, Freeborn, Goodhue, Houston and Scott | July 2006 to present |
| Coroner, Minnesota Regional Coroner's Office | 1999 to June 2006 |
| Consultant to LaCrosse County Medical Examiner | 1997 to present |
| Consultant to LeSueur County Coroner | 1997 to present |
| Consultant to Steele County Coroner | 2006 to present |
| Staff pathologist, Regina Medical Center | 1997 to present |
| Assistant Coroner, Minnesota Regional Coroner's Office | 1997 to 1998 |
| Staff Pathologist, Cannon Falls Community Hospital | 1997 to 2007 |
| Consulting Pathologist, Fairview RedWing Hospital (formerly St. John's) | 1998 to 2005 |
| Consulting Pathologist, Midwest Forensic Pathology | 2004 to 2006 |
| Assistant Hennepin County Medical Examiner | 1989 to 2000 |
| Deputy Hennepin County Medical Examiner | 1985 to 1989 |

**PROFESSIONAL EDUCATION:**

Medical School: 1976 to 1980, University of Michigan Medical School, Ann Arbor, Michigan. M.D., 1980.

Residency: 1980 to 1984, Pathology Department, University of Michigan Medical Center, Ann Arbor, Michigan.

Fellowship:  1986 to 1988, Hennepin County Medical Examiner's Office,  Minneapolis, Minnesota.

**PRELIMINARY EDUCATION:**

1972:  Graduated Kalamazoo Central High School, Kalamazoo, Michigan.

1972 to 1976:  Oberlin College, Oberlin, Ohio.
    Majors:  Chemistry and Biology.  B.A., 1976.
    Honors:  Merck Sharp and Dohme Award, to "Pre-Med" Chemistry Major, 1976.

**BOARD CERTIFICATION:**

American Board of Pathology:   Anatomic and Clinical Pathology, 1984
                               Forensic Pathology, 1988

**LICENSES:**

Medicine and Surgery: Minnesota #28998, 1984 to present.
                     Wisconsin #39555-020, 1998 to present.

**PROFESSIONAL ORGANIZATIONS:**

Member, Minnesota Medical Association

Member, American Medical Association

Member, American Academy of Forensic Sciences

Member, Board of Directors of Minnesota Coroners' and Medical Examiners' Association (President 2000 – 2001, 2007 - 2008)

Member, National Association of Medical Examiners

Fellow, College of American Pathologists

Fellow, American Society of Clinical Pathologists

Member, Hennepin Medical Society

Member, Minnesota Society of Pathology

Member, Medical Examiner/Coroner Advisory Committee, LifeSource

Member, Twin Cities Society of Pathologists

**PUBLICATIONS:**

Lerman, BB, Thomas, LC, Abrams, GD, Pitt, B: "Aortic Stenosis Associated with Systemic Lupus Erythematosis", Am J Med 1982;72:707-710.

Co-author of: Protecting the Right to be Free from Arbitrary Killing through an Adequate Autopsy and Investigation into the Cause of Death. Published by the Minnesota Lawyers International Human Rights Committee, June 1985.

Thomas, LC and Peterson, GF: "A Proposed Model Autopsy Protocol", The Police Surgeon Nov. 1986; 30:54-59.

Revised to: Manual on the Effective Prevention and Investigation of Extralegal, Arbitrary and Summary Executions. Published by the United Nations, December, 1989.

Roe, SJ and Thomas, LC: "Completing a Death Certificate Properly", Minnesota Medicine January 2004; 39 – 40.

## PRESENTATIONS AND LECTURES:

| | |
|---|---|
| American Academy of Forensic Sciences, "A Model Autopsy Protocol", New Orleans, Louisiana | February 1986 |
| Cross Channel Conference, "A Model Autopsy Protocol", London, England | 1986 |
| Forensic Science Seminar, MN Coroners' and Medical Examiners' Association, "The Vulnerable Adults Act", Minneapolis, Minnesota | October 1986 |
| Bemidji Trial Advocacy Course, Minnesota County Attorneys' Association | 1986, 1987, 1999, 2000, 2002 |
| Fundamentals of Death Investigation, MN Regional Coroner's Office | 1999 |
| Forensic Evidence Institute, MN Department of Public Safety | 2002 |
| National Association of Medical Examiners, "Revising the Minnesota Coroners and Medical Examiners Statutes", San Jose, California | 2003 |
| Forensic Science Seminar, MN Coroners' and Medical Examiners' Association, "Hospice Issues", Minneapolis, Minnesota | October 2003 |
| Training Seminar, Winona County Coroners and Law Enforcement | 2004 |
| Criminal Justice Institute, MN State Bar Association, "Forensic Pathology" Bloomington, Minnesota | August 2004 |
| Forensic Science Seminar, MN Coroners' and Medical Examiners' Association "Manner of Death", Minneapolis, Minnesota | October 2004 |

Minnesota Bureau of Criminal Apprehension Forensic Science Partnership,
    St. Paul, Minnesota
        October 2004, April 2005, October 2005, May 2006, November 2006,
        May 2007, November 2007, May 2008

Minnesota Bureau of Criminal Apprehension Death Scene Investigation,
    "Role of the Coroner, Blunt and Sharp Force Injuries"  Willmar, Minnesota   2005
                                                            Bemidji, Minnesota   2006
    "The Role of the Medical Examiner, Blunt and Sharp Force Injuries,
     Gunshot Wounds"                                        Plymouth, Minnesota  2006
    Case Presentation                                       Breezy Point, Minnesota  2007

| | |
|---|---|
| Minnesota Division of the International Association of Identification, "Tough Calls for the Coroner", Rochester, Minnesota | September 2005 |
| Criminal Justice Institute, "Autopsies – What to Expect and How to Work With the ME's Office", Bloomington, Minnesota | August 2006 |
| Burnsville Police Department, "The Role of the Medical Examiner" | September 2006, 2007 |
| Minnesota Bureau of Criminal Apprehension Crime Scene Team Leaders, "Death Investigation, Postmortem Changes" | September 2006 |

Forensic Science Seminar, MN Coroners' and Medical Examiners' Association
    "Revision of Chapter 390", "Fire Death Autopsies",
      Brooklyn Center, Minnesota                                                                      October 2006

Towards Zero Death Conference,
      "Death Notification", Duluth, Minnesota                                              November, 2006

Forensic Science Seminar, MN Coroners' and Medical Examiners' Association
    Legislative Update, Case Presentation
      Brooklyn Center, Minnesota                                                                      October 2007

Minnesota Junvenile Officers Conference
    "Case Study – The Homicide of Kenny Kramer"
      Duluth, Minnesota                                                                                      January 2008

Southeastern Minnesota Emergency Medical Services Conference
    "Medicolegal Death Investigation and the Role of the
    Medical Examiner/Coroner"
      Rochester, Minnesota                                                                                March 2008

Minnesota Chapter of the International Association of Arson Investigators
    Fire Investigation Conference
    "Burns and Fire Death Investigation"
      St. Cloud, Minnesota                                                                                  March 2008

Tri County Law Enforcement Association
    "Tough Calls for the Medical Examiner"
      Minneapolis, Minneaots                                                                            March 2008

2008 Clinical Laboratory Collaborative, American Society for Clinical
    Laboratory Science, Minnesota
    "Tough Calls for the Medical Examiner"
      St. Paul, Minnesota                                                                                        May 2008

**PROFESSIONAL COURSES AND CONFERENCES:**

Forensic Anthropology, Smithsonian Institute, Washington, D.C.                                        1985

Advanced Forensic Pathology, Armed Forces Institute of Pathology                                 1986

Forensic Science Seminar, MN Coroners' and Medical Examiners' Association        1985 – 2007

American Academy of Forensic Sciences Conference   1986, 1988, 1993, 2001, 2005, 2007, 2008

Minnesota Bureau of Criminal Apprehension (BCA) Investigation of Infant Deaths        1994

National Association of Medical Examiners Conference                                        1996, 1999, 2003

Masters Course in Death Investigation, St. Louis University, St. Louis, Missouri              1999

American Society of Clinical Pathologists/College of American Pathologists Conference     2002

| | |
|---|---|
| BCA Investigation of Homicides | 2002 |
| Homicidal Drowning, Washington County, MN | 2003 |
| BCA Death Investigation | 2003, 2004, 2006, 2007, 2008 |

## Testimony by Dr. Lindsey Thomas

| CASE NAME | ATTY'S NAME | TESTIFIED | DEPOSITION |
|---|---|---|---|
| MN v. Thomas Rhodes | Deborah Ellis | 02/02 | |
| MN v. Phillip Knox | John Moosbrugger | 02/02 | |
| MN v. Paul Gutierrez | Michael York | 03/02 | |
| MN v. Monty Lyons | Rodney Brodin | 09/02 | |
| US v. Conrad Hobart WhiteHat | Jana Miner | 08/03 | |
| MN v. Nestell | Mark Todd | 08/22/03 | |
| Robert M. Wojcik v. New Mech Companies | Mark Kleinschmidt | | 01/04 |
| WI v. Michael Alexander | Scott Horne | 02/04 | |
| MN v. Harris | Steven Coz | 04/04 | |
| WI v. John Nelson | Daniel Goglin | 05/04 | |
| WI v. Charles L Piccolo | Loralee Clark | 08/04? 03/04? | |
| MN v. Phillip Vance | Kathryn Keena | 09/04 ? | |
| MN v. Thanh Quan Tran (DC03-677) | Scott Hersey | 09/04 | |
| WI v. William Dahlby | Loralee Clark | 09/04 | |
| MN v. Clinton Swanson (SC03-78) | Ronald Hocevar | 10/04 | |
| MN v. Charles Barnes (DC04-376) | Debra Schmidt | 02/05 | |
| MN v. Anthony DeMarco, Justin Weiss, Duane Lipiatos, Timothy Morin (DC04-666) | ? | ? | |
| MN v. Nicolle Rauschnot | Phillip Prokopowicz | 04/05 ? | |
| MN v. Keith Hapana Crow | Mary McMahon | 08/22/05 | |
| Decedent Amelia Joseph (DC01-176) | Michael Zimmer | 09/05 | |
| MN v. Jairam Ganpat (DC05-119) | Cheri Townsend | 03/06 | |
| MN v. Buboltz | Bruce Rivers | 07/06 | |

MRCO Common/Staff/Thomas/Testimony log, 02-04-08

## Testimony by Dr. Lindsey Thomas

| CASE NAME | ATTY'S NAME | TESTIFIED | DEPOSITION |
|---|---|---|---|
| US v. Tamara Azure/Wind | Jana Miner | 09/06 | |
| Lois Ann Johnson v. Wood Co. et al | Donald Schneider | | 12/20/06 |
| MN v. Cory Kuhns (SC06-45) | Neil Nelson | 01/24/07 | |
| MN v. Hector Medrano (GC05-56) | Al Zdrazil | 02/09/07 | |
| WI v. Steven Allen Bush | Craig Haukaas | 08/22/07 | |
| In the matter of the children of Tanikka Kazee and Darnell Armstrong (DC07-308) | Rice Co. Atty's office | 11/01/07 | |
| Welfare of Allan Beckles (DC07-517) | Karen Henke | 01/30/08 | |
| Benz v. Palisade Manor | Reed Rasmussen | | 2/8/08 |
| Buck v. South Dakota | Christina Fischer | | 2/15/08 |
| MN v. Thorpe Bradley | Joseph parise | 3/28/08 | |
| | | | |

MRCO Common/Staff/Thomas/Testimony log, 02-04-08