1

1    UNITED STATES DISTRICT COURT

2    DISTRICT OF MINNESOTA

3    -------------------------------------------------
     Civil File No. 07-4929 (JMR/FLN)
4
     Katie J. Felder, as trustee for the
5    next of kin of Dominic Aries Felder,

6          Plaintiff,

7    vs.

8    Jason King, individually, and in his official
     capacity as a City of Minneapolis Police Officer;
9    Lawrence Loonsfoot, individually, and in his
     official capacity as a City of Minneapolis Police
10   Officer, and; the City of Minneapolis,

11         Defendants.

12   -------------------------------------------------

13

14

15         DEPOSITION OF JASON WAYNE KING,

16   taken before Rhonda Olynyk, a Notary Public in

17   and for the County of Scott, State of Minnesota,

18   on June 11, 2008, at the law offices of Schaefer Law

19   Firm, 1700 U.S. Bank Plaza, 220 South Sixth Street,

20   Minneapolis, Minnesota, commencing at 1:05 p.m.

21         *    *    *

22

23         Rhonda Olynyk
           ANDERSON & ASSOCIATES
24         247 Third Avenue South - Suite 7
           Minneapolis, Minnesota 55415
25         (612) 338-8661   (651) 227-1223


ANDERSON & ASSOCIATES COURT REPORTERS
(612) 338-8661    (651) 227-1223

123

1   were given a loaner by the police department, weren't

2   you?

3   A. Yes.

4   Q. And then you asked for your gun back; is that right?

5   A. Yeah, I asked for it back.

6   Q. And they gave it to you?

7   A. Yes.

8   Q. Who gave it to you? Who gave it back to you? Who was

9   that?

10  A. Internal affairs released it.

11  Q. Internal affairs did. Okay.

12      Are you aware of any department policies that

13  state while a weapon like that used in a homicide is

14  not -- you know, you're supposed to use a -- be given

15  a loaner and use a loaner until the conclusion of any

16  claims or investigations?

17  A. No, I'm not aware of those.

18  Q. You're not aware of that. Okay.

19      You just wanted your gun back, and they said,

20  okay, here you go?

21  A. No. I didn't care either way.

22  Q. Okay.

23  A. I had the only model of that loaner the department

24  has, and another officer on the north side, his broke,

25  and he couldn't work until he got a gun, so that's

ANDERSON & ASSOCIATES COURT REPORTERS
(612) 338-8661    (651) 227-1223

124

1    why I asked for it back.

2  Q. Can I just see your -- can you just show me your

3    hand -- is that the same gun?

4  A. No.

5  Q. Oh, it's a different one. Never mind then. I don't

6    want to see it. I don't need to see it.

7      What happened to the weapon that was involved in

8    the shooting? You just got a different one or you

9    have more than one that you --

10 A. When I got it back, it never worked right again.

11 Q. Okay. Is it your testimony, sir, that -- well, never

12    mind.

13      At any time did you ever strike Mr. Felder on the

14    face or the side of his head?

15 A. No.

16 Q. Okay. Did Officer Loonsfoot?

17 A. Not that I recall.

18 Q. So when Officer Graham went up -- it's your testimony

19    that it was Officer Graham and not Officer Loonsfoot

20    or yourself that cuffed Mr. Felder?

21 A. From what I remember, yeah.

22 Q. Why would you cuff or put handcuffs on a dead person?

23 A. Because we don't know if he's dead or not.

24 Q. I thought you said that you're reasonably certain that

25    he was dead.