# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Katie J. Felder, as trustee for the next of kin of Dominic Aries Felder
          Plaintiff,

v.

Jason King, individually, et al.
          Defendants.

**COURT MINUTES**
Case Number: 07-4929(DSD/JJK)

| | |
|---|---|
| Date: | October 18, 2010 |
| Court Reporter: | Lorilee Fink |
| Time: | 8:50 a.m.-1:10 p.m. |
| | 2:00 p.m.-4:35 p.m. |
| Time in Court: | 6 Hours & 35 Minutes |

Trial before David S. Doty, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

    For Plaintiff:    James Behrenbrinker & Douglas Micko
    For Defendant:  Timothy Skarda & Sara Lathrop

PROCEEDINGS:

- ☒ **Jury selection and jury impaneled.**
- ☒ **JURY Trial - Began**.
- ☒ Opening statements by James Behrenbrinker for plaintiff and Sara Lathrop for defendants.
- ☒ Plaintiff's witnesses: Tiana Wilson.
- ☒ Trial continued to 10/19/2010 at 9:00 a.m.

CLERK'S USE ONLY:

- ☐ Number of trial days with evidence - .
- ☐ Exhibits returned to counsel or parties.

                                                                          s/C.B.
                                                        Calendar Clerk