# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

| | |
|---|---|
| Katie J. Felder, as trustee for the next of kin of Dominic Aries Felder<br>　　　　Plaintiff,<br>v.<br>Jason King, individually, et al.<br>　　　　Defendants. | **COURT MINUTES**<br>Case Number: 07-4929(DSD/JJK)<br><br>Date: October 19, 2010<br>Court Reporters: Mousseau, Beauvais & Weinbeck<br>Time: 9:00 a.m.-12:00 p.m.<br>　　　　1:15 p.m.-5:00 p.m.<br>Time in Court: 6 Hours & 45 Minutes |

Trial before David S. Doty, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

　For Plaintiff:　　James Behrenbrinker & Douglas Micko
　For Defendant:　Timothy Skarda & Sara Lathrop

PROCEEDINGS:

- ☒ **JURY Trial Held.**
- ☒ Plaintiff's witnesses: Recalled Tiana Wilson; Teri Williams, Jason King, Lawrence Loonsfoot, & Richard Ernest via videotape.
- ☒ Trial continued to 10/20/2010 at 9:00 a.m.

CLERK'S USE ONLY:

- ☐ Number of trial days with evidence - .
- ☐ Exhibits returned to counsel or parties.

　　　　　　　　　　　　　　　　　　　　　　　　s/C.B.
　　　　　　　　　　　　　　　　　　　　　　　Calendar Clerk

M