# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

| | |
|---|---|
| Katie J. Felder, as trustee for the next of kin of Dominic Aries Felder | **COURT MINUTES**<br>Case Number: 07-4929(DSD/JJK) |
| Plaintiff, | |
| v. | Date: October 20, 2010<br>Court Reporter: Ron Moen |
| Jason King, individually, et al. | Time: 9:00 a.m.-12:30 p.m.<br>2:00 p.m.-5:00 p.m. |
| Defendants. | Time in Court: 6 Hours & 30 Minutes |

Trial before David S. Doty, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

    For Plaintiff:    James Behrenbrinker & Douglas Micko
    For Defendant:    Timothy Skarda & Sara Lathrop

PROCEEDINGS:

- ☒ **JURY Trial Held.**
- ☒ Plaintiff's witnesses: Continued with Richard Ernest via videotape. Fred Robinette, Katie Felder & Tenecia Johnson.
- ☒ Defendant's witnesses: Sgt. Todd Sauvageau, Officer Emily Lehner, Officer Brian Grahme & Officer Jason King.
- ☒ Plaintiff rests.   ☐ Defendant rests.
- ☒ Trial continued to 10/21/2010 at 9 a.m.

CLERK'S USE ONLY:

- ☐ Number of trial days with evidence - .
- ☐ Exhibits returned to counsel or parties.

                                                                                                 s/C.B.
                                                                                        Calendar Clerk