# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL JURY TRIAL

| | |
|---|---|
| Katie J. Felder, as trustee for the next of kin of Dominic Aries Felder<br>    Plaintiff,<br>v.<br>Jason King, individually, et al.<br>    Defendants. | **COURT MINUTES**<br>Case Number:  07-4929(DSD/JJK)<br><br>Date: October 21, 2010<br>Court Reporter: Carla Bebault<br>Time: 9:00 a.m.-12:30 p.m.<br>  2:02 p.m.-4:43 p.m.<br>Time in Court: 6 Hours & 11 Minutes |

Trial before David S. Doty, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

    For Plaintiff:   James Behrenbrinker & Douglas Micko
    For Defendant:   Timothy Skarda & Sara Lathrop

PROCEEDINGS:

- ☒ **JURY Trial Held.**
- ☐ Plaintiff's witnesses:
- ☒ Defendant's witnesses: Lindsey Thomas, M.D., Officer Jason King and Officer Lawrence Loonsfoot.
- ☐ Plaintiff rests.      ☒ Defendant rests.
- ☒ Closing arguments presented and Court's instructions given to the jury..
- ☒ Jury received case at 4:43 p.m. and will resume deliberations on 10/25/2010 at 9:00 a.m.

CLERK'S USE ONLY:

- ☐ Number of trial days with evidence - .
- ☐ Exhibits returned to counsel or parties.

  s/C.B.
Calendar Clerk
