# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

| | |
|---|---|
| Katie J. Felder, as trustee for the next of kin of Dominic Aries Felder<br>　　　　　　Plaintiff,<br>v.<br>Jason King, individually, et al.<br>　　　　　　Defendants. | **COURT MINUTES**<br>Case Number: 07-4929(DSD/JJK)<br><br>Date:　　　　　　October 21, 2010<br>Court Reporter:　　Carla Bebault<br>Time:　　　　　　9:00 a.m.-12:30 p.m.<br>　　　　　　　　　2:02 p.m.-4:43 p.m.<br>Time in Court:　　6 Hours & 11 Minutes |

Trial before David S. Doty, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

　　For Plaintiff:　　James Behrenbrinker & Douglas Micko
　　For Defendant:　　Timothy Skarda & Sara Lathrop

PROCEEDINGS:

- ☒ **JURY Trial Held.**
- ☐ Plaintiff's witnesses:
- ☒ Defendant's witnesses: Lindsey Thomas, M.D., Officer Jason King and Officer Lawrence Loonsfoot.
- ☐ Plaintiff rests.　　☒ Defendant rests.
- ☒ Closing arguments presented and Court's instructions given to the jury..
- ☒ Jury received case at 4:43 p.m. and will resume deliberations on 10/25/2010 at 9:00 a.m.

CLERK'S USE ONLY:

- ☐ Number of trial days with evidence - .
- ☐ Exhibits returned to counsel or parties.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/C.B.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Calendar Clerk