# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL JURY TRIAL

Katie J. Felder, as trustee for the next of kin
of Dominic Aries Felder

                            Plaintiff,

v.

Jason King, individually, et al.

                            Defendants.

### AMENDED COURT MINUTES
Case Number:  07-4929(DSD/JJK)

Date:                    October 25, 2010
Court Reporter:          Lorilee Fink
Time:                    4:20-4:32 p.m.
Time in Court:           12 Minutes

Trial before David S. Doty, United States District Judge, at Minneapolis, Minnesota.

## APPEARANCES:

For Plaintiff:     James Behrenbrinker & Douglas Micko
For Defendant:     Timothy Skarda & Sara Lathrop

## PROCEEDINGS:

☒ **JURY Trial Held.**
☒ Jury resumed deliberations.

☒ Verdict returned at 4:20 p.m. for:
   ☒ Plaintiff
   ☐ Defendant

## IT IS ORDERED:

☒ Clerk to file Verdict and enter Judgment.

## CLERK'S USE ONLY:

☐ Number of trial days with evidence - .
☒ Exhibits returned to counsel.

                                                    s/C.B.
                                                Calendar Clerk