UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 07-4929(2&3)(DSD/JJK)

Katie J. Felder, as trustee for
the next of kin of Dominic Aries Felder,

      Plaintiff,

v.                                                        **ORDER**

Jason King, individually and in
his official capacity as a City of
Minneapolis Police Officer; Lawrence
Loonsfoot, individually and in his
official capacity as a City of
Minneapolis Police Officer, and;
the City of Minneapolis,

      Defendants.

    This matter is before the court on the request made by counsel to contact jurors who served in this case.  Counsel have assured the court that they have no intention of criticizing the result reached.  Accordingly, **IT IS HEREBY ORDERED** that counsel may contact the jurors who served in this case and may contact the District Court Jury Clerk to obtain the jurors' phone numbers. When contacting the jurors, counsel must inform the jurors that they have absolutely no obligation to comment on the case.

    Further, counsel must limit their questions to matters of counsels' style and presentation and must not discuss matters relating to the deliberative process or the substantive issues in the trial.

Dated: October 26, 2010

                                                s/David S. Doty
                                                David S. Doty, Judge
                                                United States District Court