AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Katie J. Felder, as trustee for the next of kin of
Dominic Aries Felder

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: 07-cv-4929 DSD/JJK

Jason King, individually, and in his official
capacity as a City of Minneapolis Police
Officer, Lawrence Loonsfoot, individually and
in his official capacity as a City of Minneapolis
Police Officer, City of Minneapolis

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Judgment is in favor of plaintiff and against defendants Jason King and Lawrence Loonsfoot in the amount of $1,810,000.00.

| October 26, 2010 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/ Katie Thompson |
| | (By)   Katie Thompson   Deputy Clerk |

s/David S. Doty
David S. Doty, Judge
United States District Court